**No. 51334.**—Protests 110942–K, etc., of Reciprocal Trade Corp. (New York).

Opinion by KINCHELOE, J. It was stipulated that certain items of the merchandise assessed for duty at the rates of 18.80, 19.50, and 18.10 percent under paragraph 904 consist of cotton cloth the same in all material respects as that the subject of *Daniels* v. *United States* (16 Cust. Ct. 83, C. D. 989). In accordance therewith the protests were sustained as claimed.